SO ORDERED



Nancy V. Alquist
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| In re: <br><br> Marilyn Elizabeth Howard, <br><br>         Debtor. | Case No. 16-25287 <br><br> Chapter 13 |
| Marilyn Elizabeth Howard, <br><br>         Plaintiff, <br><br> vs. <br><br> U.S. Bank, National Association, as Trustee under the Pooling and Servicing Agreement, dated as of February 1, 2003, 2003-CB1 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2003-CB1, <br><br>         Defendant. | Adv. No. 18-00041 |

### ORDER GRANTING MOTION TO DISMISS THE COMPLAINT

UPON CONSIDERATION of Defendant U.S. Bank National Association, as Trustee under the Pooling and Servicing Agreement, dated as of February 1, 2003, 2003-CB1 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2003-CUB ("U.S. Bank, as trustee")'s Motion to Dismiss Debtor-Plaintiff Marilyn E. Howard ("Plaintiff")'s Motion in the Nature of a Verified Emergency Petition for Temporary Restraining Order, Preliminary Injunction, and

Declaratory Relief ("Complaint") at Doc 9, Plaintiff's Affidavit in Opposition at Doc 12, U.S. Bank, as trustee's additional Response at Doc 16, and oral argument at the hearing conducted on June 1, 2018; and for the reasons stated with particularity by the Court in a detailed oral ruling on the record on June 1, 2018, it is hereby,

**ORDERED**, that U.S. Bank, as trustee's Motion to Dismiss the Complaint be and is hereby GRANTED; and it is further

**ORDERED**, that the Complaint (Doc 1) be and is hereby DISMISSED with prejudice.

cc:   Laurie B. Goon (*via CM/ECF*)

Marilyn Elizabeth Howard (*via first-class mail*)
4512 Spring Avenue
Baltimore, MD 21227

Robert S. Thomas, III, Trustee (*via first-class mail*)
300 E Joppa Road, Suite 409
Towson, MD 21286

**END OF ORDER**